PER CURIAM.

MEJDA, J., took no part.

Robert E. Gordon, of Gordon & Brustin, of Chicago, for appellant.

Bernard Carey, State's Attorney of Chicago (Kenneth L. Gillis and Charles B. Burch, Assistant State's Attorneys, of counsel), for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* MARIO P. RUIZ, Defendant-Appellant.

(No. 58316;

First District (3rd Division)—December 6, 1973.

PER CURIAM.

MEJDA, J., took no part.

James J. Doherty, Public Defender, of Chicago (Susan K. Horn, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis, Jerald Kessler and Daniel F. Murray, Assistant State's Attorneys, of counsel), for the People.